**Major WILLIAMS, Jr., Petitioner-Appellant**

v.

**C. V. RIVERA, Respondent-Appellee**

No. 16-1519

United States Court of Appeals, Eighth Circuit.

Submitted: February 10, 2017

Filed: February 16, 2017

Major Williams, Jr., Pro Se

Richard Pence, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Respondent-Appellee

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Federal prisoner Major Williams, Jr., appeals following the district court's [1] dismissal of his 28 U.S.C. § 2241 petition and denial of his motion for reconsideration. Having conducted careful review of the record and the issues that are properly before us, we conclude that Williams's petition was properly dismissed for lack of subject matter jurisdiction, and that the district court acted within its discretion in denying reconsideration. Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.